IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CYNTHIA COTTLE WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 119-189 |
| | ) |
| ANDREW M. SAUL, Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 15.) Nothing in Plaintiff's objections warrants deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Commissioner.

SO ORDERED this 20th day of August, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA